IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWANDA BELTON,<br><br>      Plaintiff,<br><br>      v.<br><br>SYNCHRONY BANK and NCC BUSINESS SERVICES, INC.,<br><br>      Defendants. | C.A. No. 1:17-cv-00339-RGA |

### NOTICE OF SETTLEMENT

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

**PLEASE TAKE NOTICE THAT** Plaintiff Shawanda Belton ("Plaintiff") and Defendants Synchrony Bank ("Synchrony"), and NCC Business Services, Inc. ("NCC"), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting the agreement. It is anticipated that a dismissal with prejudice of the claims between Plaintiff and Defendants pursuant to the Federal Rules of Civil Procedure will be filed within sixty (60) days of the date of this Notice. Plaintiff and Defendants request excusal from any upcoming filing and appearance requirements.

Dated:  October 24, 2017                                      Respectfully Submitted,

| | |
|---|---|
| GARIBIAN LAW OFFICES, P.C. | REED SMITH LLP |
| */s/ Antranig Garibian* | */s/ Benjamin P. Chapple* |
| Antranig Garibian (No. 4962) | Benjamin P. Chapple (No. 5871) |
| 1010 N. Bancroft Parkway, Suite 22 | 1201 N. Market Street, Suite 1500 |
| Wilmington, DE 19805 | Wilmington, DE 19801 |
| Telephone: (302) 722-6885 | Telephone: (302) 778-7500 |
| *Counsel for Plaintiff* | *Counsel for Synchrony Bank* |

- 2 -

        ECKERT SEAMANS CHERIN &
        MELLOTT, LLC

        */s/ Justin M. Forcier*_____
        Justin M. Forcier (No. 6155)
        222 Delaware Avenue, 7th Floor
        Wilmington, DE 19801
        Telephone: (302) 574-7400

        *Counsel for NCC Business Services, Inc.*