## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Shawanda Belton,<br><br>                    Plaintiff,<br><br>– against–<br><br><br>Synchrony Bank, and NCC Business Services, Inc.,<br><br>                    Defendant(s). | Case No.: 1:17-cv-00339-RGA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 41(a)(1)(A)(ii) that the above captioned action is dismissed with prejudice as to Defendants Synchrony Bank, and NCC Business Services, Inc., with the parties to bear their own fees and costs.

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian, Esq. (#4962)
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885
Email: ag@garibianlaw.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Justin M. Forcier*_____
Justin M. Forcier, Esq. (#6155)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-552-2947
jforcier@eckertseamans.com

**REED SMITH LLP**

*/s/ Benjamin P. Chapple*_____
Benjamin P. Chapple
1201 Market Street
Suite 1500
Wilmington, DE 19801
302-573-3503
bchapple@reedsmith.com

_____
                                                        J.