## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Shawanda Belton,<br><br>      Plaintiff,<br><br>– against–<br><br><br>Synchrony Bank, and NCC Business Services, Inc.,<br><br>      Defendant(s). | Case No.: 1:17-cv-00339-RGA |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 41(a)(1)(A)(ii) that the above captioned action is dismissed with prejudice as to Defendants Synchrony Bank, and NCC Business Services, Inc., with the parties to bear their own fees and costs.

| GARIBIAN LAW OFFICES, P.C. | REED SMITH LLP |
|---|---|
| /s/ *Antranig Garibian*<br>Antranig Garibian, Esq. (No. 4962)<br>1010 North Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>Telephone: (302) 722-6885<br>Email: ag@garibianlaw.com | /s/ *Benjamin P. Chapple*<br>Benjamin P. Chapple (No. 5871)<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>302-573-3503<br>bchapple@reedsmith.com |

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

/s/ *Justin M. Forcier*
Justin M. Forcier, Esq. (No. 6155)
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
302-552-2947
jforcier@eckertseamans.com

*Richard G. Andrews*
2/23/18    J.